UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:26CR00057 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **JAREMY ALEXANDER SMITH** | ) | |

The Defendant has moved to allow defense investigators, paralegals, assistants, and experts, to have the same access to the Defendant his learned counsel is afforded under 18 U.S.C. § 3005 (learned counsel in a capital case "shall have free access to the accused at all reasonable hours") while he is detained pending trial. The Government consents to this request but to ensure that the individuals entering the detention facility are in fact with the defense team, requests that defense counsel provide a list of approved investigators, paralegals, assistants, and experts by name and position to the detention center such that the facility can ensure the identity of any individuals accessing the Defendant pursuant to this order.

IT IS HEREBY ORDERED:

That while the Defendant is detained pending trial, regardless of the presence of counsel, defense investigators, paralegals, assistants, and experts, shall be afforded the same access to the Defendant as his learned counsel under 18 U.S.C. § 3005. Defense counsel shall provide a list of investigators, paralegals, assistants, and experts by name and position to the detention center such that the facility can ensure the propriety of any individuals accessing the Defendant pursuant to this order.[1] This Order is not intended to override or expand any duty

[1] The Court notes that the Defendant is entitled to certain protections as to the identity of experts on the defense team. Therefore, the identity of any individual identified as an expert witness shall not be disclosed to any attorney for the Government or federal case agents assigned to this case.

of the detention center, nor to invalidate any discretion of the same, as to the limitations and protocols in place concerning such visits.

IT IS SO ORDERED.

Kaymani D. West
United States Magistrate Judge

Florence, South Carolina
March 2, 2026

---

The United States Marshal Service shall have access to this information only to the extent necessary to ensure that any safety concerns raised by the detention facility are addressed.