UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JAREMY ALEXANDER SMITH** | CR. NO.: 4:26-CR-00057 |

**WITHDRAWAL OF NOTICE OF INTENT**

The United States of America, by and through its undersigned counsel, as authorized and directed by the Attorney General of the United States, hereby notifies the Court and the Defendant, **JAREMY ALEXANDER SMITH**, that it hereby withdraws its Notice of Intent to Seek the Death Penalty, ECF No. 19.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _*s/ Everett E. McMillian*_
Everett McMillian (Fed No. 11791)
Assistant United States Attorney
401 W. Evans Street, Suite 222
Florence, S.C. 29501

September 14, 2026
Florence, S.C.